**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE   DIVISION**

| In re:  Easter, Duane  Easter, Myra  Debtor(s) | CHAPTER  7  CASE NO. 17-60488 |
|---|---|

### STIPULATION TO AMEND SCHEDULES AND/OR TO PROVIDE ADDITIONAL DOCUMENTS

The debtor(s) and debtor(s)' counsel hereby stipulate that the following schedules will be amended, and/or that the following additional documents will be turned over to the Trustee not later than __14__ days from the date of this stipulation:

1. Amend Schedules A/B to add shotgun + Rifle
2. Amend Schedule A/B to show Social Security Claim by wife
3. Photos of Pontiac Firebird
4. Photos of Boat / Trailer
5. Photos of carry on trailer
6. Amend Schedules A/B for electronics
7. _____
8. _____
9. _____
10. _____

It is agreed that this Stipulation may be submitted to the U.S. Bankruptcy Court for entry as a Court Order without further notice and hearing.    After this Order has been signed it shall have all the force and effect of the law as provided by the Bankruptcy Code 11 U.S.C. § 101 et seq.

Date: 04/04/17

/s/ Duane Easter
Debtor: Duane Easter
Email and/or Telephone:

/s/ Christopher Winslow
Christopher Winslow                Bar #:
Email: chris@wmmlegal.com

/s/ Myra Easter
Co/debtor: Myra Easter
Email and/or Telephone:

/s/ Steven L. Higgs
Steven L. Higgs, Trustee
Bar number: 22720

\\FORMS\Trustee-Bankruptcy\Stipulation to Amend or Provide Additional Documents\01/12/17